UNITED STATES DISTRICT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  CASE NO.: 6:24-CV-1990

    Plaintiff,

v.

RONALD D. LOVELL and JANIS A. LOVELL

    Defendant,

_____/

## COMPLAINT

COMES NOW The Plaintiff, United States of America, on behalf of its agency, the Small Business Administration, alleges that:

### JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through its agency the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred in accordance with the Debt Collection Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

### VENUE

3. The Defendants, RONALD D. LOVELL and JANIS A. LOVELL reside at: 116 River Heights Drive, Cocoa, Florida 32922 located in Brevard County, Florida within the Jurisdiction of this Court.

1

## STATEMENT OF CLAIM

4. On June 15, 2005, Defendants RONALD D. LOVELL and JANIS A. LOVELL, executed and delivered a Promissory Note and unconditional guarantee loan agreement to SBA in the amount of $174,300.00 with interest accruing at 2.90%. A copy of the Note described is attached as Exhibit "A".

5. The Promissory Note was executed by Defendants RONALD D. LOVELL and JANIS A. LOVELL, as officers of their now defunct corporation, Screaming Eagle Investments, Inc., and individually by both Defendants.

6. On March 3, 2006, Defendants RONALD D. LOVELL and JANIS A. LOVELL, executed and delivered a First Modification of Promissory Note and unconditional guarantee loan agreement to SBA in the amount of $210,300.00 with an interest accruing at 2.90%. A copy of the Note Modification described herein is attached hereto as Exhibit "B".

7. The First Modification of Promissory Note was executed by Defendants RONALD D. LOVELL and JANIS A. LOVELL, as officers of their now defunct corporation, Screaming Eagle Investments, Inc., and individually by both Defendants.

8. On March 3, 2006, the SBA disbursed the loan to the Defendants in the amount of $211,005.40. The Defendants made payments totaling $72,999.14. The payments were applied.

9. The Defendants became delinquent on the obligation on December 19, 2018, with a balance due of $150,701.63 as described in the Notice of Default &

Acceleration of Promissory Note attached as Exhibit "C".

10. Plaintiff is the current owner and holder of the promissory note and all security instruments associated with the promissory note.

11. Plaintiff demanded payment from the Defendant, but payment has not been made.

12. As of October 3, 2024, the amount owed on the note is $166,752.88 inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "D".

13. Plaintiff declares the full amount payable under the note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendants for the sum of $166,752.88 plus additional interest to the date of judgment, any post judgment interest pursuant to 28 U.S.C. § 1961, attorney's fees and costs as allowed by law, and all administrative fees and costs allowed by law.

Respectfully Submitted,

Date: November 1, 2024

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis (FBN: 57116)
Attorney for the Plaintiff
United States of America
**On behalf of Schuerger Law Group**
621 S. Federal Highway, Suite 10
Fort Lauderdale, Florida 33301
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efiling@schuergerlaw.com